Opinion issued June 16, 2011


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00947-CV

———————————

Jeffery Allen Brake, Appellant

V.

Harris
County Sheriff’s Department, Appellee



 



 

On Appeal from the 215th District Court 

Harris County, Texas



Trial Court Case No. 2010-48548

 



MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We deny all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Bland, and Massengale.